CITY OF OMAHA v. ANDREW FLOOD.

FILED DECEMBER 8, 1898. No. 8506.

Nuisance: IMPROVEMENT OF STREET: DAMAGES. On the authority of *City of Omaha v. Flood*, 57 Neb. 124, the judgment of the district court in this case is reversed.

ERROR from the district court of Douglas county. Tried below before FERGUSON, J. *Reversed.*

*W. J. Connell,* for plaintiff in error.

*F. W. Fitch, contra.*

RAGAN, C.

The facts in this case are the same as those in *City of Omaha v. Flood,* 57 Neb. 124, and upon the authority of that case the judgment of the district court in this is

REVERSED.